IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02427-REB-MJW

CHARLES R. ANDERSON,

Plaintiff(s),

v.

NATIONAL CITY BANK, a National Banking Association,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendant's Motion for Leave to Amend Answer to Assert Counterclaims, DN 17, filed with the Court on February 12, 2007, is GRANTED and the Defendant's First Amended Answer, Affirmative Defenses, and Counterclaims is accepted for filing as of the date of this Order.

Date:  March 12, 2007