IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02427-REB-MJW

CHARLES R. ANDERSON,

Plaintiff

v.

NATIONAL CITY BANK, a National Banking Association,

Defendant.

---

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO VACATE AMD RESCHEDULE MAY 8, 2007 SETTLEMENT CONFERENCE**
( Docket #. 29 )

---

THIS MATTER comes before the Court on Plaintiff's Motion to Vacate and Reschedule the May 8, 2007 Settlement Conference.

After reviewing the Plaintiff's Motion, and being fully advised, the Court GRANTS plaintiff's Motion.

Further, it is hereby ORDERED, that the Settlement Conference set for May 8, 2007 be VACATED. ~~and be RESCHEDULED at a time convenient for the court, the parties and counsel.~~ The parties may request a settlement conference by motion.

DATED THIS 17TH day of April, 2007.

Magistrate Judge Michael J. Watanabe