IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. **06-cv-02427-REB-MJW**

Charles R. Anderson,

    Plaintiff,

v.

National City Bank, a National Banking Association,

    Defendant.

## ORDER (Docket No. 49)

CONSIDERING the motion of Theodore W. Brin and The Law Offices of Brin & Riley to withdraw as attorney of record for plaintiff, and the Court being fully advised in the premises, and all requirements for withdrawal having been achieved;

IT IS HEREBY ORDERED that attorney Theodore W. Brin and The Law Offices of Brin & Riley are authorized and permitted to withdraw as attorney of record for Charles A. Anderson, plaintiff, as of the date of this order.

DATED this 20th day of June, 2007.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO