IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02427-REB-MJW

CHARLES R. ANDERSON,

Plaintiff(s),

v.

NATIONAL CITY BANK, a National Banking Association,

Defendant(s).

MINUTE ORDER
(DN 53)

It is hereby ORDERED that the Unopposed Motion for Leave to Make Out-of-Time Designation of Non-Party at Fault, filed with the Court on July 11, 2007, is GRANTED and the Defendant's Designation of Russell Hathaway as Non-Party at Fault is hereby Accepted for filing as of the date of this Minute Order.

Date: July 13, 2007