IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02427-REB-KLM

CHARLES R. ANDERSON,

      Plaintiff(s)/Counter Defendant(s),

v.

NATIONAL CITY BANK,

      Defendant(s)/Counter Claimant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order to Allow to Limited Enlargement of Time for Specific Expert Witness Depositions and Deadlines and Due Date for Dispositive Motions (Docket No. **62,** Filed August 17, 2007) ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

      IT IS FURTHER **ORDERED** that the Scheduling Order is amended as follows:

      Discovery is extended for the sole purpose of conducting expert depositions through **September 12, 2007;**

      Rebuttal expert disclosure deadline is extended to **August 20, 2007;**

      Deadline to raise issues under R.702 is extended to **September 20, 2007;** and

      Dispositive Motions deadline is extended to **October 01, 2007.**

Dated:  August 20, 2007