IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02427-REB-KLM

CHARLES R. ANDERSON,

      Plaintiff(s)/Counter Defendant(s),

v.

NATIONAL CITY BANK,

      Defendant(s)/Counter Claimant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Defendant's Motion for Leave to File Surreply in Opposition to Plaintiff's Motion for Leave to Amend Plaintiff's Reply to Counterclaims (Docket No. 68, Filed August 23, 2007; amended by Docket No. 69, Filed August 23, 2007) ("Defendant's motion") and Plaintiff's [Unopposed] Motion for Leave to File Response to Defendant's Surreply (Docket No. 71, Filed August 28, 2007) ("Plaintiff's Motion").

      IT IS HEREBY **ORDERED** that Defendant's motion is **GRANTED.**

      Further, IT IS HEREBY **ORDERED** that Plaintiff's motion is **GRANTED.**

      The Clerk of Court is directed to accept Defendant's Surreply (Docket No. 69-2) and Plaintiff's Response (Docket No. 71-2) for filing as of the date of this Order.

Dated:  September 12, 2007