# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-02427-REB-MJW

CHARLES R. ANDERSON,

    Plaintiff,

v.

NATIONAL CITY BANK, a National Banking Association,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Motion To Vacate Trial Date and Notice of Settlement** [#107], filed December 26, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Vacate Trial Date and Notice of Settlement** [#107], filed December 26, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for March 7, 2008, is **VACATED**;

3. That the trial to the court set to commence March 10, 2008, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That pursuant to the joint request of the parties, the court retains jurisdiction of this action until April 15, 2008, when this action **SHALL BE DISMISSED WITH PREJUDICE**.

Dated December 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**