IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02427-REB-MJW

CHARLES R. ANDERSON,

    Plaintiff,

v.

NATIONAL CITY BANK, a National Banking Association,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Dismiss** [#110], filed April 1, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#110], filed April 1, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.[1]

Dated April 2, 2008, at Denver, Colorado.

                      **BY THE COURT:**
                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**

---

[1] This order is entered consistent with the **Order of Dismissal** [#108] entered December 26, 2007, which at page 2, paragraph 5 provides "5. That pursuant to the joint request of the parties, the court retains jurisdiction of this action until April 15, 2008, when this action **SHALL BE DISMISSED WITH PREJUDICE**."

**United States District Judge**

2